# Third District Court of Appeal

## State of Florida

Opinion filed July 2, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0465
Lower Tribunal No. 23-3603-CA-01
_____

**Samantha Hilton,**
Petitioner,

vs.

**H & S Car Carriers, Inc., et al.,**
Respondents.

A Writ of Certiorari to the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Morgan & Morgan, P.A., David L. Luck and Nicholas O. Borrego, for petitioner.

Law Offices of Charles M-P George, and Charles M-P George; King & Chaves, LLC, and Misty M.C.T. Chaves (West Palm Beach), for respondents.

Before EMAS, FERNANDEZ and GOODEN, JJ.

PER CURIAM.

Samantha Hilton petitions this court for a writ of certiorari quashing the trial court's order overruling her objections to a noticed compulsory medical examination. We have jurisdiction. See In re G.D., 870 So. 2d 235, 237 (Fla. 2d DCA 2004) ("This court has held that interlocutory orders that improperly require mental examinations cause material injury to the petitioner that cannot be remedied on direct appeal."). Because the order failed to comply with the requirements of Fla. R. Civ. P. 1.360(a)(1)(B), we quash the order and remand for further proceedings. See Fla. R. Civ. P. 1.360(a)(1)(B)("In cases where the condition in controversy is not physical, a party may move for an examination by a qualified expert as in subdivision (a)(1). The order for examination shall be made only after notice to the person to be examined and to all parties, and shall specify the time, place, manner, conditions, and scope of the examination and the person or persons by whom it is to be made.") and Delgado v. Miller, 264 So. 3d 1040, 1041 (Fla. 3d DCA 2019). We decline to address the remaining issues raised in the petition.

Petition granted; order quashed.